ORDERED UNSEALED on 12/17/2024 s/ scotttweel

~~SEALED~~
s/ scotttweedle

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAUN FORD,<br><br>Defendant. | Case No.: '24 MJ4559<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about October 11, 2024, within the Southern District of California, defendant SEAUN FORD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded 9mm caliber Smith & Wesson handgun bearing serial number A558440; in violation of Title 18, United States Code, Section 922(g)(1).

COLE JONES
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of <u>Fed. R. Crim. P. 4.1</u> by telephone on this 5th day of December 2024.

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On October 11, 2024, at approximately 11:30 p.m. patrolling San Diego County Sheriff's Department Officers observed a silver Chrysler sedan bearing California License Plate 5PRR185 stopped beyond the limit line at the intersection of Jamacha Boulevard and Campo Road, which is within the Southern District of California. A query of the license plate also revealed the Chrysler's registration was expired as of July 2023, and a subsequent records check revealed that Seaun FORD is the registered owner of the Chrysler. The police initiated a traffic stop of the Chrysler based on the observed violations.

The Chrysler did not immediately yield to police. Instead, once the police initiated the emergency lights, the driver—later identified as Seaun FORD—looked back at the police vehicle and continued driving slowly while making furtive movements towards his waist with his right hand. FORD continued to drive the Chrysler slowly for approximately 0.25 miles and did not pull over to the side of the road while appearing to hand the front-seat passenger something. The front-seat passenger and FORD continued making furtive movements towards the open center console as if concealing items, before closing the center console. FORD then yielded to police on the side of Campo Road.

Police contacted FORD and identified him and a female front-seat passenger with the initials S.P. as the only occupants in the Chrysler. Police asked FORD and S.P. to exit the Chrysler. Upon opening the driver's door, police observed a methamphetamine pipe in plain vew located in the pocket of the driver's door. Based on the furtive movements observed prior to the traffic stop and the sight of the methamphetamine pipe in plain view, the police conducted a search of the vehicle for additional narcotics. A search of the vehicle's center console revealed a 9mm Smith & Wesson firearm bearing serial number A558440 loaded with approximately 12 rounds of ammunition. Also in the center console was a plastic pipe container with a white crystalline substance, baggies containing brown and white crystalline substances, and three pills labeled "ABG 30," and another brown chunky substance in a plastic baggie. Additional baggies containing brown crystalline substances were found in the cup holder and sunglasses holder of the Chrysler. An empty ammunition magazine

compatible with the Smith & Wesson firearm was located in the Chrysler's trunk. Both FORD and S.P. were arrested.

While on-scene, FORD was advised of his *Miranda* rights and agreed to make statements to police. FORD stated that he knew the Smith & Wesson firearm was in his vehicle, but that the firearm did not belong to him. FORD stated someone left it in his car two days before this encounter with police. Regarding the narcotics, FORD stated all of the narcotics police found in the Chrysler were his, the white and brown substances were methamphetamine, and he smokes approximately 3.5 grams of methamphetamine daily. FORD also admitted to being a previously convicted felon.

While being transported by police to San Diego Central Jail, FORD spontaneously stated that the Smith & Wesson firearm found in the Chrysler belonged to him, and he retrieved the firearm from his waistband and put it in the center console during the traffic stop.

A presumptive test of the controlled substances seized from the Chrysler revealed they consisted of a total of approximately 5.2 grams of methamphetamine.

Records checks on FORD revealed the following relevant criminal history:

| **CONVICTION DATE** | **COURT OF CONVICTION** | **CHARGE** | **TERM OF IMPRISONMENT** |
|---|---|---|---|
| 5/2/2017 | CASC – Sacramento | Cal. P.C. §211 – Robbery First Degree (Felony) | 210 Days Jail; 3 Years Probation |

The Smith & Wesson firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

//

//

//

//

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.